```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      SEP 1 2 2007

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>Defendant. | Case No. 06-1396-MJP<br><br>ORDER REMANDING CASE<br>FOR AWARD OF BENEFITS |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for the purpose of awarding benefits.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this **12** day of **Sept**, 2007.

_/s/ Marsha J. Pechman_
MARSHA J. PECHMAN
United States District Judge

06-CV-01396-ORD

ORDER REMANDING CASE
FOR AWARD OF BENEFITS

This is a Patch T type separator sheet.



**Portrait Feed**
*New Document Follows...*
Printed on 7/5/01 3:57:15 PM
Copyright ©Kofax Image Products 1994-1999



**Landscape Feed**
*New Document Follows...*
Printed on 7/5/01 3:57:16 PM
Copyright ©Kofax Image Products 1994-1999